1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

ANTHONY PAUL HERNANDEZ NAVARRO,                          No. ED CV 14-210-DOC (SH)

             Petitioner,     ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

     v.

KIM HOLLAND (Warden),

             Respondent.

       Pursuant to 28 U.S.C. Section 636, the court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The court accepts the findings and recommendations of the Magistrate Judge.

1      IT IS THEREFORE ORDERED that Judgment be entered denying the

2  Petition and the action is dismissed with prejudice.

3  DATED: _____ December 22, 2014

4

5

6               David O. Carter

7               DAVID O. CARTER
             UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28