JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

ANTHONY PAUL HERNANDEZ NAVARRO,

        Petitioner,

v.

KIM HOLLAND (Warden),

        Respondent.

No. ED CV 14-210-DOC (SH)

JUDGMENT

    Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: _December 22, 2014_

                                      _David O. Carter_
                                  DAVID O. CARTER
                       UNITED STATES DISTRICT JUDGE